# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Filippo Parlagreco<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | **UNDER SEAL**<br><br>Case No. 1:20-mj-155 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 16, 2019__ in the city/county of __Warrenton__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Gwendelynn Bills, SAUSA (LT)
*Printed name and title*

*Complainant's signature*

Tonya Sturgill Griffith, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonic means
*(specify reliable electronic means).*

Digitally signed by Michael S. Nachmanoff
Date: 2020.06.11 13:30:02 -04'00'

Date: _____

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*