IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FILIPPO PARLAGRECO,<br><br>Defendant. | Case No. 1:20-CR-243 |

**CRIMINAL INFORMATION**

Count One

(Production of Child Pornography)

THE UNITED STATES ATTORNEY CHARGES THAT from at least in or around 2016 through at least in or around January 2020, the defendant, FILIPPO PARLAGRECO, within the Eastern District of Virginia and elsewhere, did use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and attempted to do so, to wit: the defendant used social media applications over the internet to coerce the victims identified below to engage in sexually explicit conduct live on the application or send him a photograph of themselves engaging in sexually explicit conduct on or about the stated dates:

| Victim | Approximate Date of Production or Attempted Production |
|---|---|
| MINOR VICTIM 1 | April 18, 2018 through March 17, 2020 |
| MINOR VICTIM 2 | December 16, 2019 |

| MINOR VICTIM 4 | October 2019 through December 2, 2019 |
| --- | --- |
| MINOR VICTIM 6 | November 20, 2019 through December 16, 2019 |
| MINOR VICTIM 8 | February 2018 |
| MINOR VICTIM 9 | October 23, 2019 |
| MINOR VICTIM 11 | 2016 through June 2019 |

(In violation of Title 18, United States Code, Section 2251(a) & (e)).

Count Two

(Distribution of Child Pornography)

THE UNITED STATES ATTORNEY CHARGES THAT from at least on or about December 21, 2019 through at least on or about February 12, 2020, the defendant, FILIPPO PARLAGRECO, within the Eastern District of Virginia and elsewhere, did knowingly distribute visual depictions using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaged in sexually explicit conduct and the visual depiction was of such conduct, to wit: the defendant used various internet-based means to distribute sexually explicit images of the minors identified below on or about the stated dates:

| Victim | Approximate Date of Distribution |
| --- | --- |
| MINOR VICTIM 1 | February 12, 2020 |
| MINOR VICTIM 2 | December 21, 2019 |
| MINOR VICTIM 11 | January 2020 |

(In violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1)).

Count Three

(Possession of Child Pornography)

THE UNITED STATES ATTORNEY CHARGES THAT from at least in or around 2016 through at least on or about April 24, 2020, the defendant, FILIPPO PARLAGRECO, within the Eastern District of Virginia and elsewhere, did knowingly possess and attempt to possess 1 or more matters which contained visual depictions which were produced using materials which have been mailed and shipped and transported in and affecting interstate and foreign commerce, the production of which involved the use of a minor engaged in sexually explicit conduct and the visual depiction was of such conduct, to wit: sexually explicit images of MINOR VICTIMS 1 through 3 and MINOR VICTIMS 5 through 14 on a Samsung Galaxy Note 9 (IMEI 359988099707690).

(In violation of Title 18, United States Code, Section 2252(a)(4) & (b)(2)).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: October 23, 2020

By: _____
Gwendelynn Bills
Special Assistant United States Attorney
Jonathan Keim
Assistant United States Attorney