# Exhibit 1

Sealed Pursuant to 18 U.S.C. § 3509(d)(2)