Dear Honorable Judge Ellis,

My name is Paola Riccetti, and I m writing on behalf of my Son, Filippo Parlagreco.

Filippo is my only Son, and I have raised him mostly on my own. He father left us when Filippo was fourteen, but was never there to raise him even when he was a baby.

Filippo did not have a criminal history up to his arrest. He never got into trouble in his youth in, or out, of school. He never exhibited any kind of violence or aggression. My son was not involved in drugs or fighting. In school he was active in sports. He had a nice group of friends, including several girl friends through his high school years. Filippo was always good-natured. He loved dogs and cats, and they seemed to come to him.

After high school, Filippo chose to enlist in the U.S. Navy. His dream was to become a NAVY SEAL. After his four year enlistment, he returned home overweight, depressed and disappointed. He was disappointed in himself. He was proud to serve his country and to this day he remains proud to be a veteran.

Since then he has had sporadic employment. He continued to be depressed, gain weight and stayed isolated in his room in our home playing video games. It became a dark spiral of addiction; to gaming, movies, and anything else he could find through a screen.

Filippo has told me he feels remorse for what he has done, and feels terrible for the pain that he has caused his victims, and their families. He believes he let down and caused sadness he caused to his family. He knows what he did was wrong.

I think he deserves to pay society for the crimes he committed. Filippo knows he should be punished. I am sick in my heart, I worry and I hope his psychological problems, including his obsessive compulsive disorder, will be addressed while he is incarcerated. Since his detention, Filippo has been having sessions with a Mental Health Therapist, but it is just a beginning on a long road. He knows he needs help.

Filippo also needs a chance for redemption. He has our family here in Virginia, and also has his Grandmother and my sisters and their families in Italy. Everyone loves him. We will be here to help him enter back into an authentic life. He will always have his family.

I believe my Son does not have a dark heart or soul. I believe his actions resulted from a depressed mind and low self-esteem. He made some terrible decisions and mistakes. This was in horrible period of his life, without the support of his father and unable to ask me for help. I ask that you consider his lack of any record of violence or aggression, his full acceptance of guilt, and his desire to get help. I beg for your mercy, and consideration.

Thank you.

Livorno, 02/21/2021

My name is Sandra Riccetti and I am Filippo's aunt. We are three sisters with eight children among the three of us. We are a big family and, in spite of the distance, we have always been very close, we travelled back and forth whenever we could, so that our children could spend some time together. I think I know Filippo well, he has always been such a good hearted person, I have never seen him being violent or even fight with anyone. He has also always had an immeasurable love for animals.

He has always been very proud of his country and I have never seen him happier than during his years with the Navy! Unfortunately, due to physical injuries, he had to leave the Navy and he could not realize his dream to become a Navy Seal, which led him to a state of darkness and isolation. It seems as if he was lost but, even then, he was never angry or violent.

What I am trying to tell you is that he has always been a good person.

Please take into consideration that the whole family is here for him if you could just give him a chance to try again. I know he did a bad thing and he will have to pay for it, but, what I am trying to say with this letter, is that he will always have all of us and our homes to go to, if you will give him a chance to start over.

Thank you,
Best regards,

Sandra Riccetti

*Sandra Riccetti*

benedetta cultrara <benedetta.cultrara@...>
A: [recipient]

23 febbraio 2021 20:36

Dear Sir

This is Benedetta and I'm Filippo's cousin
I'm 34 years old and I currently live in Italy but I have spent most of my childhood between Italy and the USA and a lot of time with all my cousins including Filippo as we are a big family.
I'm completely aware of what Filippo has done and that he should be paying for that but I would like to spend few words for him.
I know my cousin very well, he's a good person.
I was completely shocked when I heard of what happened as seems something so far from the person he is. He knows this himself and he feels so ashamed and sorry for his behavior.
He has been going through a very tough time in the past few years due to some sadness that has accompanied him for all his life which does not excuse him for what he has done but should be taken into consideration to understand the person he is, he's a soul and his mind.
His behavior was the result of some failures he had in his life as the troubles to achieve his dreams, his studies, a bad relation with his body, some difficulties in his relationships.
All of this led him to isolate himself from the world and his unhappiness and depression grew even more.
Despite his big size he's a very fragile person that turned a moment of difficulty into a tragedy that will remain with him for all his life, nothing will be able to take this from him and he will leave with this burden forever but he can try to use this to become a better person as he now has a deep understanding of the reality he is in.
I truly hope you'll take into consideration the overall situation, you will try to hear his voice as well and not only the single fact happened.
I've studied and practice law so I truly believe in justice and with no doubt this fact deserves his own justice but I want to believe there are also second chances in life, or at least the chance to try and demonstrate he deserves a second chance

Thank you for your time
Benedetta

Benedetta Cultrara

*Benedetta Cultrara* (signature)

My name is Alice and I'm one of many Filippo Parlagreco's Italian cousins. I'm 26 and I live in Italy.

I've known Filippo my whole life. When I was a child, my uncles and their children Filippo and Chiara (our "American relatives"), used to take a 7 hours flight to come to visit us. I remember spending summers in our house by the sea, in a small village called Quercianella, and I remember spending time with him, with my sisters and brother and with all the other cousins: we were a nice little gang of rebels and troublemakers. We used to spend days into the water, picking up seashells, swimming and catching fishes, or, as Filippo used to say, the "fishi" (he was a bit confused by Italian and English languages and he talked in a funny mixed-up and made-up language). He used to take care of me and my younger sister, and I remember him as the funniest, most hilarious one. He always has had the best sense of humor and I loved to spend time with him.

We grew up, and we didn't see each other a lot in the last years nor we spoke as much as when we were young. Still, every time we went to visit them in Warrenton, it was like time haven't passed and it was like being that bunch of kids again. Last time we went to visit them, and the last time I saw Filippo, was at Christmas 2016. We spent hours playing board games, chatting, eating and drinking together, and it was awesome.

At that time, I was already aware of the fact that he had to go through some real hardships, after the Navy experience and after quitting some jobs. He was clear that he was not satisfy with his life and he wasn't feeling well. I think he got stuck in this loop that is really hard to come out from, if you have no motivations nor reasons to do it. He got himself isolated more and more and daily life struggles grew.

The thing Filippo did is bad, and there are no excuses. But he's not crazy and he's not a monster. This phenomenon is not an exception, but a systematic problem in our nowadays society; in our capitalistic, individualistic and patriarchal society. These society dynamics hits everyone and pervade everyone, and step by step can slowly drag you down. Especially If you feel you have no reasons, if you don't have people to share life with, if you feel powerless and emotionless, it's easy to let things drag you down. This is not a justification, since everything we do is the consequence of a choice. Still, it's something that we can comprehend if we understand the world we are living in. He surely has to pay for what he did and cause to others, but I hope you can give him a second chance to start over and to build the life he deserves.

All of this to let you know that Filippo has a family, we are his family and he's not alone. I hope to let him know it too, when we'll be able to meet again.

Thank you for taking the time to read this letter,

Best regards.

Vicenza, 25.02.2021

Alice Perelli

4

Febr 21st 2021

I'm Filippo Paragreco's auntie and I live in Italy, Lucca with my family

I'm a Vet and I have one son and three daughters, they are Filippo's cousins

This is my nephew, Filippo:
He is a man today
but I still see him like a quiet and empathetic boy, with a big heart, loving animals, and caring of everyone who ask help
Every time I came to USA with my family, to visit my sister and her husbund,
he and his sister came to see their cousins, so happy to see them,
laughing with them, playing sport or talking about movies, songs or tv series that they all had loved. Even if they live so far, some in Europe and some in USA, had many memories and hobbies in common
Everytime that some of us had to go to airport or somewhere Filippo was ready to drive us around, help us and give an hand, always happy to stay with us

Filippo has always been a very generous and kind man, people that know him can say it surely
, since he was a kid, loving all kind of animals, caring and feeding them with love,
I m a Vet and my house has been always full of animals, and he was so happy to care of them as well as taking care of his younger cousins
I still remember last time he came to Italy many years ago, about 18 years ago, and my husband and I l,eft him with our four kids, a dog, three cats and a three legs rabbit……, to go for our first night out !!
And they all had so much fun, were so happy to stay together and play games, Filippo whatched them with care and love
He loved to stay in my family and with our friends, and one of his dreams was coming back to Lucca where I live, in October, to visit "Lucca Comics and games" the famous 5 days long show, but he never could
Last years after Army were very hard for him, no job that could gratify him, less money and more less friends and relations around him
In the last years with no job, he surely lived too much alone in his apartment, and computer and videogames became a drug, every job he found didn't last, this was a grief for him….and he isolated himself even more, like in a vicious circle.
He needs a choiche to change his life and show the world his talents and his good qualities after surely had paid for his fault and mistakes,
He realized that what he did was horrible, but he really needs a choice to change his life in better
Thanks a lot for time and attention

Mrs Roberta Riccetti
(mail robe6510@gmail.com)

5



Blair Howard <bdh@hchlawva.com>

## Please comment/ Chiara's letter
1 message

**Chiara Parlagreco** <chiara.parlagreco@gmail.com>   Tue, Mar 2, 2021 at 1:42 PM
To: bdh@hchlawva.com
Cc: Parker Bullard <usknifecollector@yahoo.com>, Paola Riccetti <Paola.Riccetti@gmail.com>

Ted and Blair,

Here is an edited version of my letter. Please let me know if you would like any further changes.

Thank you,

Chiara


I am Filippo's older sister. Although we drifted apart since he joined the Navy, we grew up together, and I have known him his entire life. I realize that his depression and loneliness caused him to make some very bad mistakes, but I would like to say that he is not a bad person. We had our arguments just like any brother and sister, but overall we had a lovely and normal childhood. He was a very honest and sensitive person, with a great sense of humor, who was always kind and gentle to animals and other people. I have never seen my brother be violent or aggressive, and do not believe that is in his nature. He always treated women, and everyone around him, with kindness and respect. It is so hard to imagine that he could ever make anyone feel uncomfortable.

What has happened is so sad and difficult for all of us to comprehend. I just hope that he might have the chance to get the help that he needs, because he has a very loving family that is here to help him.

Chiara