



# Old Dominion Counseling

March 3, 2021

Mr. Blair Howard
Attorney at Law
Howard, Clark, & Howard
7 Hotel Street
Warrenton, Virginia 20186

Re: Filippo Parlagreco
DOB: 8/15/1984 (36 years old)

Dear Mr. Howard,

Mr. Parlagreco was referred for individual counseling beginning in August 2020 after he was charged with Production and Attempted Production of Child Pornography, Distribution of Child Pornography and Possession of Child Pornography in Federal Court. In order to provide sex offender treatment and address the specific behaviors he engaged in, I requested and was granted review of the discovery materials including transcripts of chats between Mr. Parlagreco and his victims, his military medical records, and the presentence investigation report.

Mr. Parlagreco was open and receptive to counseling from his first meeting. He has completed 20 video (due to COVID restrictions) sessions. He expressed a desire to understand why he engaged in the instant offense behavior. Mr. Parlagreco presented with poor self-awareness. This was a consistent theme of counseling sessions. He has struggled with putting a plan into action to improve his mood, self-awareness and presentation.

Mr. Parlagreco reported periods of depression typically following a rejection or failed attempt at a job opportunity. He cited one night he was planning to commit suicide in his barracks due to not making SEAL training, but was talked out of it by another soldier that night. His identity is heavily weighted in work and after his military service he struggled to land in a position that he felt suited him. His goal was to provide private security services abroad. His solace from day-to-day challenges was in gaming. He developed a cadre of friends with whom he engaged in hours of mass multiplayer online games. He expressed a preference for online interactions over face-to-face interactions. Currently, he maintains these relationships were his best friends, although he has no other way to contact these friends except through the specific game interfaces.

Mr. Parlagreco takes full responsibility for his actions. He is appalled by the way he interacted with the young girls and believes he should be punished for his actions. His empathy for the victims is intact and is a significant factor in his acceptance of punishment. Mr. Parlagreco has verbalized a willingness to participate in therapy and continue to understand the factors that were relevant in his actions. A difficulty of providing therapy to inmates is the limited ability for them to engage in healthy alternative coping strategies. In particular, during the COVID pandemic all programming in the jails have been terminated. Limited outlets are available and in the months of December 2020 and January 2021, inmates were in full lockdown protocols where no video appointments were taking place. The ability for Mr. Parlagreco to begin to put some of these skills and positive activities into place are extremely limited.

Mr. Parlagreco needs to continue with therapy, with a Certified Sex Offender Treatment Provider, to assist him with identifying emotional triggers, gaining further understanding of his personality factors, developing healthy relationships and building healthy coping strategies.

If you need any further information, please contact me directly at (703) 932-7107.

Respectfully,

*Leslie M. Martin, LCSW, CSAC*

Leslie M. Martin
Forensic Social Worker