TO: Clerk, U.S. District Court,     1:20-CR-243

Good day; Please forgive my writing to you concerning this but my Conclor, Mr. Butler, at FCI Gilmer stated that I needed to contact your unit in regards to funds that were taken from my account (towards RRP) without my consent and after I had already payed all of my court fees and restitution.

I am trying to get the funds that were taken back, and I assumed that the facility is supposed to deal with that, but with my limited experience in the BOP I simply have to go as directed by the staff.

The facility, FCI Gilmer in West Virginia, is supposed to have me sign and acknowledge any RRP setup, since I was not shown, nor did I sign any contract, they should not have been able to deduct that money but they did anyway. When I confronted the conclor, and managed to show him proof of my completed payments, he simply deflected the refund issue to you and suggested I write a letter.

I once again apologize for wasting your time with this, I am just covering my bases. Perhaps a short auto-reply to this will be able to put the staff here on track. I thank you for your time and patience.

V/R, Filippo Parlasreco